UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ST. DOMINIC ACADEMY, a d/b/a of the ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole; ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole; and KEITH and VALORI RADONIS on their own behalf and as next friends of their children K.Q.R., L.R.R., and L.T.R.<br><br>    *Plaintiffs*,<br><br>  v.<br><br>A. PENDER MAKIN, in her personal capacity and in her official capacity as Commissioner of the Maine Department of Education, and JEFFERSON ASHBY, EDWARD DAVID, JULIE ANN O'BRIEN, MARK WALKER, and THOMAS DOUGLAS in their personal capacities and in their official capacities as Commissioners of the Maine Human Rights Commission.<br><br>    *Defendants*. | Civil No. _____ |

## **RULE 7. 1 CORPORATE DISCLOSURE STATEMENT**

Plaintiffs make the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

St. Dominic Academy is a d/b/a of the Roman Catholic Bishop of Portland, a corporation sole. Roman Catholic Bishop of Portland, a corporation sole, has no parent corporation and issues no stock. The Most Reverend Richard Peter Deeley presently serves as the Roman Catholic Bishop of Portland.

Dated: June 13, 2023

Respectfully submitted,

s/ *Adèle Auxier Keim*
Adèle Auxier Keim*
Mark L. Rienzi*
Daniel D. Benson*
Benjamin A. Fleshman*
Michael O'Brien*†
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave., NW
Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

* Application for admission *pro hac vice* forthcoming
† Not a member of the DC Bar; admitted in Louisiana. Practice limited to cases in federal court.

s/ *James B. Haddow*
James B. Haddow
Maine Bar No. 003340
Petruccelli, Martin & Haddow LLP
Two Monument Square, Suite 900
Portland, ME 04112-8555
Telephone: (207) 775-0200 x 6413
Fax: (207) 775-2360

*Counsel for Plaintiffs*