**UNITED STATES DISTRICT COURT**
**District of Maine**

ST. DOMINIC ACADEMY, ET AL.,           )
                        Plaintiff(s),           )
    vs.                                         )    Case No. ꜱꜱ%ꚍꞪⱫ"ꜱ&(
                                                )
A. PENDER MAKIN, ET AL.,                )
                        Defendant(s).           )

**CERTIFICATION FOR ADMISSION PRO HAC VICE**

**The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1. Name: Daniel D. Benson

2. State bar membership number(s): District of Columbia Bar #242253; Utah Bar #15537

3. Firm name, address and telephone number:
   The Becket Fund for Religious Liberty
   1919 Pennsylvania Ave. NW, Suite 400, Washington, D.C. 20006    (202) 955-0095

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
   See attached.

5. Name, address and telephone number of associated local counsel:
   James B. Haddow
   Two Monument Square, Suite 900, Portland, ME 04112-8555    (207) 775-0200

6. Party name(s) entering appearance for:
   ST. DOMINIC ACADEMY, a d/b/a of the ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole;
   ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole; and KEITH and VALORI RADONIS, on their
   own behalf and as next friends of their children K.Q.R., L.R.R., and L.T.R.

7. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body?                                    ☐Yes ☒No

8. Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies?                    ☐Yes ☒No
   (You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court?          ☒Yes ☐No

Dated: 6/13/2023          /s/ James B. Haddow
                          Signature of Local Counsel

Dated: 6/13/2023          _Daniel Benson_
                          Signature of Applicant

**State Bar Admissions**

| State Bar | Year Admitted | Current Standing | Bar Number |
|-----------|---------------|------------------|------------|
| DC Bar | 11/3/2017 | Active | 242253 |
| Utah Bar | 10/21/2015 | Active | 15537 |

**Federal Bar Admissions**

| Court | Year Admitted | Current Standing | Bar Number |
|-------|---------------|------------------|------------|
| Second Circuit | 06/21/2021 | Active | No bar number |
| Fifth Circuit | 05/20/2020 | Active | No bar number |
| Seventh Circuit | 01/06/2017 | Active | No bar number |
| Ninth Circuit | 06/07/2017 | Active | No bar number |
| Tenth Circuit | 09/18/2020 | Active | No bar number |
| DC Circuit | 09/28/2022 | Active | No bar number |
| DDC | 03/04/2019 | Active | 1032624 |
| District of Utah | 03/22/2022 | Active | 15537 |
| Western District of Wisconsin | 11/03/2016 | Active | 15537 |
| Utah Supreme Court | 10/21/2015 | Active | No bar number |