UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ST. DOMINIC ACADEMY, a d/b/a of the ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole; ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole; and KEITH and VALORI RADONIS on their own behalf and as next friends of their children K.Q.R., L.R.R., and L.T.R., <br><br> Plaintiffs, <br><br> v. <br><br> A. PENDER MAKIN, in her personal capacity and in her official capacity as Commissioner of the Maine Department of Education, and JEFFERSON ASHBY, EDWARD DAVID, JULIE ANN O'BRIEN, MARK WALKER, and THOMAS DOUGLAS in their personal capacities and in their official capacities as Commissioners of the Maine Human Rights Commission, <br><br> Defendants. | Civil Action No. 2:23-cv-00246-JAW |

## **NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Defendants A. Pender Makin, in her personal capacity and in her official capacity as Commissioner of the Maine Department of Education, and Jefferson Ashby, Edward David, Julie Ann O'Brien, Mark Walker, and Thomas Douglas, in their personal capacities and in their official capacities as Commissioners of the Maine Human Rights Commission.

Dated:  June 22, 2023

Respectfully submitted,

AARON M. FREY
Attorney General

/s/ Christopher C. Taub
CHRISTOPHER C. TAUB
Chief Deputy Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel. (207) 626-8800
Fax (207) 287-3145
christopher.c.taub@maine.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, I electronically filed this document with the Clerk of the Court using the CM/ECF system, that the same will be sent electronically to registered participants as identified in the CM/ECF electronic filing system for this matter and by email to the following counsel of record:

    Benjamin A. Fleshman, Esq.
    bfleshman@becketlaw.org

    Daniel D. Benson, Esq.
    dbenson@becketlaw.org

    Mark L. Rienzi, Esq.
    mrienzi@becketlaw.org

    Michael J. O'Brien, Esq.
    mobrien@becketlaw.org

 

    /s/ Christopher C. Taub
    CHRISTOPHER C. TAUB
    Chief Deputy Attorney General
    Office of the Attorney General
    6 State House Station
    Augusta, ME  04333-0006
    Tel. (207) 626-8800
    Fax (207) 287-3145
    christopher.c.taub@maine.gov