UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ST. DOMINIC ACADEMY, a d/b/a of the ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole; ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole; and KEITH and VALORI RADONIS on their own behalf and as next friends of their children K.Q.R., L.R.R., and L.T.R., <br><br>  Plaintiffs, <br><br> v. <br><br> A. PENDER MAKIN, in her personal capacity and in her official capacity as Commissioner of the Maine Department of Education, and JEFFERSON ASHBY, EDWARD DAVID, JULIE ANN O'BRIEN, MARK WALKER, and THOMAS DOUGLAS in their personal capacities and in their official capacities as Commissioners of the Maine Human Rights Commission, <br><br> Defendants. | Civil Action No. 2:23-cv-00246-JAW |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendants A. Pender Makin, in her personal capacity and in her official capacity as Commissioner of the Maine Department of Education, and Jefferson Ashby, Edward David, Julie Ann O'Brien, Mark Walker, and Thomas Douglas, in their personal capacities and in their official capacities as Commissioners of the Maine Human Rights Commission.

Dated: June 22, 2023               Respectfully submitted,

                                                  AARON M. FREY
                                                  Attorney General

                                                  <u>/s/ Sarah A. Forster</u>
                                                  SARAH A. FORSTER
                                                  Assistant Attorney General
                                                  Office of the Attorney General
                                                  Six State House Station
                                                  Augusta, Maine  04333-0006
                                                  Tel.  (207) 626-8800
                                                  Fax (207)  287-3145
                                                  sarah.forster@maine.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on June 22, 2023, I electronically filed this document with the Clerk of the Court using the CM/ECF system, that the same will be sent electronically to registered participants as identified in the CM/ECF electronic filing system for this matter.

      /s/ Sarah A. Forster
SARAH A. FORSTER
Assistant Attorney General
Office of the Attorney General
Six State House Station
Augusta, Maine 04333-0006
Tel. (207) 626-8800
Fax (207) 287-3145
sarah.forster@maine.gov