## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ST. DOMINIC ACADEMY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 23-cv-00246-JAW |
| ) | |
| A. PENDER MAKIN, in her official ) | |
| capacity as Commissioner of the ) | |
| Maine Department of Education, et al., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF MEGAN WELTER

I, Megan Welter, being duly sworn, do depose and state as follows:

1. I am the Associate Commissioner of Public Education for the Maine Department of Education. I have held this position since July 1, 2022. Prior to becoming an Associate Commissioner, I was the Department's Director of Policy and Governmental Affairs.

2. I make this affidavit based on my personal knowledge and my review of information in the possession of the Department of Education.

3. One of my official duties is to oversee the approval of private schools for the receipt of public funds for tuition purposes.

4. From the date that the Supreme Court issued its decision in *Carson v. Makin*, the Department has understood that it may not prevent private schools from receiving approval for the receipt of public funds for tuition purposes solely because they are sectarian.

5. On July 28, 2022, Cheverus High School, a sectarian high school in Portland, Maine, applied for approval for the receipt of public funds for tuition purposes.

6. The Department processed Cheverus' application in the same manner that it processed

1

applications for any private school seeking approval for tuition purposes for the first time.

7. Cheverus' application was approved on September 16, 2022.

8. During the 2022-23 school year, five students attended Cheverus at public expense with their tuition paid by a school administrative unit or Education in the Unorganized Territory.

9. In the 2022-2023 school year, no other sectarian school applied for approval for the receipt of public funds for tuition purposes.

10. On September 23, 2022 Marianne Pelletier, the Superintendent of Maine Catholic Schools, contacted the Department to inquire about St. Dominic Academy applying for approval for the receipt of public funds for tuition purposes. A representative of the Department informed Superintendent Pelletier that the deadline for approval for the 2022-23 school year had passed, but that the school was welcome to apply for approval for tuition purposes for the 2023-24 school year.

11. The Department treated Superintendent Pelletier's inquiry in the same manner that it treated any private school that sought approval after the August 31, 2022 deadline. While the Department continued to work with private schools that had applied prior to the deadline to assist them in securing approval, no new applications were accepted after August 31, 2022.

12. St. Dominic Academy has not applied for approval for the receipt of public funds for tuition purposes for the 2023-24 school year.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on June 28, 2023

/s/ Megan Welter
Megan Welter

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 11th day of July, 2023, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. To my knowledge, there are no non-registered parties or attorneys participating in this case.

/s/ Christopher C. Taub
CHRISTOPHER C. TAUB
Chief Deputy Attorney General
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800
Fax (207) 287-3145
Christopher.C.Taub@maine.gov