UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ST. DOMINIC ACADEMY, a d/b/a of the ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole; ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole; and KEITH and VALORI RADONIS, on their own behalf and as next friends of their children K.Q.R., L.R.R., and L.T.R.,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>A. PENDER MAKIN, in her personal capacity and in her official capacity as Commissioner of the Maine Department of Education, and JEFFERSON ASHBY, EDWARD DAVID, JULIE ANN O'BRIEN, MARK WALKER, and THOMAS DOUGLAS, in their personal capacities and in their official capacities as Commissioners of the Maine Human Rights Commission,<br><br>    *Defendants*. | No. 2:23-cv-00246 |

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN EXCESS OF PAGE LIMITATION**

    Plaintiffs respectfully move for leave to file a reply memorandum in support of their motion for preliminary injunction in excess of the Court's page limitation. The Local Rules limit such reply memoranda to seven pages absent prior leave of the Court. *See* D. Me. Civ. L.R. 7(c), (d). Plaintiffs respectfully request an additional three pages. Defendants do not oppose this motion.

    This lawsuit challenges Maine's ongoing efforts to exclude religious schools from the State's town tuitioning program through Maine's human rights law, which was amended in *Carson*'s shadow to make it impossible for religious schools to participate while maintaining their religious

identity. As explained in Plaintiffs' 20-page memorandum in support of their motion, Maine's new regulatory scheme violates Plaintiffs' First Amendment rights in at least nine different ways. Defendants' 24-page opposition memorandum[1] offers responses to those arguments and introduces new issues, including *Pullman* abstention and ripeness.

Plaintiffs need additional pages to provide an adequate analysis of the numerous legal issues. Although Plaintiffs will address only the most essential of their claims and Defendants' contentions in their reply, an additional three pages is necessary to adequately present the legal arguments the Court will need to resolve the motion.

Plaintiffs intend to file their reply on or before July 19, and respectfully request that the Court rule on this motion for leave on an expedited basis.

                                    Respectfully submitted,

*s/ James B. Haddow*                    */s/ Adèle Auxier Keim*
James B. Haddow                      Adèle Auxier Keim*
Maine Bar No. 003340             Mark L. Rienzi*
Petruccelli, Martin & Haddow LLP    Daniel D. Benson*
Two Monument Square, Suite 900     Benjamin A. Fleshman*
Portland, ME 04112-8555          Michael J. O'Brien*†
Telephone: (207) 775-0200 x 6413    The Becket Fund for Religious Liberty
Fax: (207) 775-2360               1919 Pennsylvania Ave., NW
                                      Suite 400
                                  Washington, DC 20006
                                  Telephone: (202) 955-0095
                                  Facsimile: (202) 955-0090

                                  * Admitted pro hac vice.
                                  † Not a member of the DC Bar; admitted in Louisiana. Practice limited to cases in federal court.

                                  *Counsel for Plaintiffs*

---

[1] At the Court's July 6 telephonic conference with the parties regarding Plaintiffs' motion for preliminary injunction, Defendants orally moved for a four-page extension, which the Court granted. R. Docs. 23, 24.

## CERTIFICATE OF SERVICE

    I certify that on July 14, 2023, I caused the foregoing to be served electronically via the Court's electronic filing system on all parties.

                                            /s/ *Adèle Auxier Keim*
                                            Adèle Auxier Keim