UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ST. DOMINIC ACADEMY, a d/b/a of the ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole; ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole; and KEITH and VALORI RADONIS, on their own behalf and as next friends of their children K.Q.R., L.R.R., and L.T.R., <br><br> *Plaintiffs*, <br><br> v. <br><br> A. PENDER MAKIN, in her personal capacity and in her official capacity as Commissioner of the Maine Department of Education, and JEFFERSON ASHBY, EDWARD DAVID, JULIE ANN O'BRIEN, MARK WALKER, and THOMAS DOUGLAS, in their personal capacities and in their official capacities as Commissioners of the Maine Human Rights Commission, <br><br> *Defendants*. | No. 2:23-cv-00246-JAW <br><br> **JOINT MOTION TO EXTEND DISCOVERY DEADLINES** |

The Parties jointly request that the Court extend the deadlines in this case by 60 days. Under this Court's scheduling order (Dkt. 32), the deadline to complete discovery and other related deadlines are approaching. They are as follows:

- Deadline to Complete Discovery: **December 29, 2023**
- Deadline to file Notice of Intent to file Motion for Summary Judgment and Need for a Pre-Filing Conference Pursuant to Local Rule 56(h): **January 5, 2024**
- Deadline for Filing of all Dispositive Motions and all Daubert and Kumho Motions: **January 19, 2024**
- Expected Trial Date: **April 1, 2024**

1

Plaintiff's Motion for Preliminary Injunction (Dkt. 5) and Defendant's partial Motion to Dismiss (Dkt. 31) are still pending, and the Court's resolution of these motions will directly affect discovery and related proceedings in this case. It would thus promote interests of efficiency to extend these deadlines by 60 days. This Court may extend a deadline "if a request is made[ ] before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).

## CONCLUSION

The Court should grant this motion and extend all deadlines listed in the scheduling order (Dkt. 32) by 60 days.

Dated: October 23, 2023

Respectfully submitted,

/s/ *Christopher C. Taub*
Christopher C. Taub
Chief Deputy Attorney General
Office of the Attorney General
State House Station 6
Augusta, ME 04333
(207) 626-8800
Christopher.C.Taub@maine.gov

*Counsel for Defendants*

/s/ *Adèle Auxier Keim*
Adèle Auxier Keim*
Mark L. Rienzi*
Benjamin A. Fleshman*
Michael O'Brien*†
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave., NW
  Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Fax: (202) 955-0090

* Admitted *pro hac vice*
† Not a member of the DC Bar; admitted in Louisiana. Practice limited to cases in federal court.

/s/ *James B. Haddow*
James B. Haddow
Maine Bar No. 003340
Petruccelli, Martin & Haddow LLP
Two Monument Square, Suite 900
Portland, ME 04112-8555
Telephone: (207) 775-0200 x 6413
Fax: (207) 775-2360

*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the length and typeface requirements of Local Rule 7(d).

Dated: October 23, 2023              /s/ *Adèle Auxier Keim*
                                     Adèle Auxier Keim

## CERTIFICATE OF SERVICE

I certify that, on October 23, 2023, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system.

                                     /s/ *Adèle Auxier Keim*
                                     Adèle Auxier Keim