# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ST. DOMINIC ACADEMY, a d/b/a of the ROMAN CATHOLIC BISHOP OF PORTLAND, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>A. PENDER MAKIN, in her personal and official capacity as Commissioner of the Maine Department of Education, et al.,<br><br>      Defendants. | Civil Action No. 23-cv-00246-JAW |

## JOINT MOTION TO STAY SCHEDULING ORDER DEADLINES WITH INCORPORATED MEMORANDUM OF LAW

The parties jointly request that the Court stay all remaining scheduling order deadlines pending resolution of plaintiffs' Motion for Preliminary Injunction. In support, the parties state as follows:

1. Under the present scheduling order, the deadline to complete discovery and other related deadlines are fast approaching. They are as follows:

   - Deadline to complete discovery: February 27, 2024
   - Deadline to file notice of intent to file motion for summary judgment and need for a pre-filing conference pursuant to Local Rule 56(h): March 5, 2024
   - Deadline for filing dispositive motions and *Daubert*/*Kumho* motions: March 19, 2024
   - Expected Trial Date: June 3, 2024

2. Presently pending before this Court is plaintiffs' Motion for Preliminary Injunction. The Court's resolution of that motion will directly affect discovery and related proceedings. It would thus promote interests of efficiency to stay the above deadlines pending resolution of that motion.

3.  The parties have initiated discovery and understand that a stay of the scheduling order deadlines will not prevent them from proceeding with discovery during the stay.

4.  Pursuant to Fed. R. Civ. P. 6(b)(1), the Court, for good cause shown, may extend a deadline if a request is made before the original time or its extension expires.

Wherefore, the parties respectfully request that all remaining scheduling order deadlines be stayed pending resolution of plaintiffs' Motion for Preliminary Injunction and that a new scheduling order be issued after the Court decides that motion.

Dated: February 6, 2024

| /s/ *Christopher C. Taub* | /s/ *Adèle Auxier Keim* |
|---|---|
| Christopher C. Taub | Adèle Auxier Keim* |
| Chief Deputy Attorney General | Mark L. Rienzi* |
| Sarah A. Forster | Benjamin A. Fleshman* |
| Assistant Attorney General | Michael O'Brien*† |
| Office of the Attorney General | The Becket Fund for Religious Liberty |
| State House Station 6 | 1919 Pennsylvania Ave., NW |
| Augusta, ME 04333 | Suite 400 |
| Telephone: (207) 626-8800 | Washington, DC 20006 |
| Fax: (207) 287-3145 | Telephone: (202) 955-0095 |
| Christopher.C.Taub@maine.gov | Fax: (202) 955-0090 |
| Sarah.Forster@maine.gov | |
| | * Admitted *pro hac vice* |
| *Counsel for Defendants* | † Not a member of the DC Bar; admitted in Louisiana. Practice limited to cases in federal court. |
| | /s/ *James B. Haddow* |
| | James B. Haddow |
| | Maine Bar No. 003340 |
| | Petruccelli, Martin & Haddow LLP |
| | Two Monument Square, Suite 900 |
| | Portland, ME 04112-8555 |
| | Telephone: (207) 775-0200 x 6413 |
| | Fax: (207) 775-2360 |
| | |
| | *Counsel for Plaintiffs* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 6th day of February, 2024, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. To my knowledge, there are no non-registered parties or attorneys participating in this case.

/s/ Christopher C. Taub
CHRISTOPHER C. TAUB
Chief Deputy Attorney General
Six State House Station
Augusta, Maine 04333-0006
Tel. (207) 626-8800
Fax (207) 287-3145
Christopher.C.Taub@maine.gov