# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ST. DOMINIC ACADEMY, a d/b/a of the ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole; ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole; and KEITH and VALORI RADONIS, on their own behalf and as next friends of their children K.Q.R., L.R.R., and L.T.R., <br><br> *Plaintiffs*, <br><br> v. <br><br> A. PENDER MAKIN, in her personal capacity and in her official capacity as Commissioner of the Maine Department of Education, and JEFFERSON ASHBY, EDWARD DAVID, JULIE ANN O'BRIEN, MARK WALKER, and THOMAS DOUGLAS, in their personal capacities and in their official capacities as Commissioners of the Maine Human Rights Commission, <br><br> *Defendants*. | No. 2:23-cv-00246-JAW |

## MOTION FOR STATUS CONFERENCE

Plaintiffs respectfully request a status conference regarding their pending motion for a preliminary injunction, Dkt. 5. The Radonis family has been paying tuition out-of-pocket since August, and they will soon face a second year of tuition costs. Nor are they the only family affected. This spring, St. Dominic Academy has received several inquiries each week from families wanting to use town tuitioning funds to attend St. Dominic. If St. Dominic is going to apply for tuitioning approval and serve these families for the 2024-25 school year, it will need to begin that process by early June.

Plaintiffs therefore respectfully request a status conference to discuss when they may reasonably expect to have a ruling from the Court on which they can base their plans regarding tuition for the coming academic year. Defendants state that, although they do not think a status conference is necessary, they do not oppose this request.

Dated: April 26, 2024                                    Respectfully submitted,

| | |
|---|---|
| s/ James B. Haddow | /s/ Adèle Auxier Keim |
| James B. Haddow | Adèle Auxier Keim* |
| Maine Bar No. 003340 | Mark L. Rienzi* |
| Petruccelli, Martin & Haddow LLP | Daniel D. Benson* |
| Two Monument Square, Suite 900 | Benjamin A. Fleshman* |
| Portland, ME 04112-8555 | Michael J. O'Brien*† |
| Telephone: (207) 775-0200 x 6413 | The Becket Fund for Religious Liberty |
| Fax: (207) 775-2360 | 1919 Pennsylvania Ave., NW |
| |   Suite 400 |
| | Washington, DC 20006 |
| | Telephone: (202) 955-0095 |
| | Facsimile: (202) 955-0090 |

\* Admitted pro hac vice.
† Not a member of the D.C. Bar; admitted in Louisiana. Supervised by licensed D.C. Bar members.

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on April 26, 2024, I caused the foregoing to be served electronically via the Court's electronic filing system on all parties.

                                                                              /s/ *Adèle Auxier Keim*
                                                                              Adèle Auxier Keim

Dated: April 26, 2024