**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

ST. DOMINIC ACADEMY, a d/b/a of the ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole; ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole; and KEITH and VALORI RADONIS, on their own behalf and as next friends of their children K.Q.R., L.R.R., and L.T.R.,

*Plaintiffs*,

v.

A. PENDER MAKIN, in her personal capacity and in her official capacity as Commissioner of the Maine Department of Education, and JEFFERSON ASHBY, EDWARD DAVID, JULIE ANN O'BRIEN, MARK WALKER, and THOMAS DOUGLAS, in their personal capacities and in their official capacities as Commissioners of the Maine Human Rights Commission,

*Defendants*.

No. 2:23-cv-00246

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs St. Dominic Academy, Roman Catholic Bishop of Portland, and Keith and Valori Radonis appeal to the United States Court of Appeals for the First Circuit from the Order on Plaintiffs' Motion for Preliminary Injunction (Dkt. 50) entered in this action on August 8, 2024.

Respectfully submitted,


*s/ James B. Haddow*
James B. Haddow
Maine Bar No. 003340
Petruccelli, Martin & Haddow LLP
Two Monument Square, Suite 900
Portland, ME 04112-8555
Telephone: (207) 775-0200 x 6413
Fax: (207) 775-2360

*/s/ Adèle Auxier Keim*
Adèle Auxier Keim*
Mark L. Rienzi*
Benjamin A. Fleshman*
Michael J. O'Brien*†
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave., NW
Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

* Admitted pro hac vice.
† Not a member of the D.C. Bar; admitted in Louisiana. Supervised by licensed D.C. Bar members.

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 9, 2024, I caused the foregoing to be served electronically via the Court's electronic filing system on all parties.

/s/ *Adèle Auxier Keim*
Adèle Auxier Keim