# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

## APPEAL COVER SHEET

| | |
|---|---|
| D.C. #  2:23-cv-00246-JAW | C.C.A. # |
| CASE TITLE: ST DOMINIC ACADEMY et al v. MAKIN et al || 
| Name of Counsel for Appellant(s): | ADELE KEIM, ESQ.; BENJAMIN A. FLESHMAN, ESQ.;  DANIEL D. BENSON, ESQ.; JAMES B. HADDOW, ESQ.; MARK L. RIENZI, ESQ.; MICHAEL J. O'BRIEN, ESQ. |
| Name of Counsel for Appellee(s): | CHRISTOPHER C. TAUB, ESQ.; SARAH A. FORSTER, ESQ. |
| Name of Judge: | JOHN A. WOODCOCK, JR. |
| Court Reporter(s) & Dates: | LORI DUNBAR 7/6/2023; MICHELLE FELICCITTI 5/10/2024 |
| Transcript Ordered? | ☐ Yes  ☒ No |
| Court Appointed Counsel? | ☐ Yes  ☒ No |
| Fee Paid? | ☒ Yes  ☐ No |
| In Forma Pauperis? | ☐ Yes  ☒ No |
| Motions Pending? | ☒ Yes  ☐ No |
| Guidelines Case? | ☐ Yes  ☒ No |
| Related Case on Appeal? | ☐ Yes  ☒ No |
| C. C. A. # (if available) | |
| Date of Last Appeal | |
| Special Comments: | |