UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| _____ )  | | |
|           Plaintiff(s), ) | | |
| vs. ) | Case No._____ | |
| ) | | |
| _____ ) | | |
|           Defendant(s). ) | | |

**CERTIFICATION FOR ADMISSION PRO HAC VICE**

**The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

    I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1. Name: _____

2. State bar membership number(s): _____

3. Firm name, address and telephone number:
   _____
   _____

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
   _____
   _____

5. Name, address and telephone number of associated local counsel:
   _____
   _____

6. Party name(s) entering appearance for:
   _____
   _____

7. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body? ☐Yes ☐No

8. Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies? ☐Yes ☐No
   (You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court? ☐Yes ☐No

    Dated: _____                      _____
                                                                               Signature of Local Counsel

    Dated: _____                      _____
                                                                               Signature of Applicant