**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

ST. DOMINIC ACADEMY, a d/b/a of the ROMAN CATHOLIC BISHOP OF PORTLAND, a corporation sole, et al.,

*Plaintiffs*,

v.

A. PENDER MAKIN, in her personal capacity and in her official capacity as Commissioner of the Maine Department of Education, et al.,

*Defendants*.

No. 2:23-cv-00246

**JOINT STATUS REPORT REGARDING THE FIRST CIRCUIT'S RULING**

Pursuant to the Court's July 7, 2026 order (Dkt. 68), the parties respectfully submit this joint status report regarding the First Circuit's ruling on Plaintiffs' appeal from denial of their motion for a preliminary injunction. *See St. Dominic Acad. v. Makin*, No. 24-1739, 2026 WL 1906594 (1st Cir. July 2, 2026).

**Background**

Plaintiffs "challenged" "four rules imposed by the" Maine Human Rights Act (MHRA) that they allege preclude participation by Diocesan schools in Maine's tuition-assistance program. *Id.* at *4-6. Plaintiffs moved for a preliminary injunction against enforcement of the four rules against St. Dominic Academy and the Roman Catholic Bishop of Portland. *Id.* at *7. This Court denied relief as to all four rules. *Id.* Plaintiffs appealed. *Id.*

The First Circuit affirmed in part, reversed in part, and remanded the case for further proceedings consistent with its opinion. It affirmed this Court's order denying preliminary injunctive relief as to three of the challenged rules. *Id.* at *36; *see also id.* at *8-10 (Employment Rule), *14-29

(Religious Nondiscrimination Rule), *29-35 (Sexual Orientation and Gender Identity Nondiscrimination Rule and Gender Presentation Policy).

The First Circuit reversed this Court's order "insofar as it determined that St. Dominic has not demonstrated its entitlement to a preliminary injunction against the Religious Expression Rule." *Id.* at *36. The Religious Expression Rule "provides that 'to the extent that an educational institution permits religious expression, it cannot discriminate between religions in so doing.'" *Id.* at *10 (quoting Me. Stat. tit. 5, § 4602(5)(D)); *see also id.* at *4.

The First Circuit "remand[ed] the case for further proceedings consistent with [its] opinion, including the timely entry of a preliminary injunction against the Religious Expression Rule as applied to St. Dominic [and the Bishop]." *Id.* at *36 (emphasis omitted); *see also id.* at *7 (referring to St. Dominic Academy and the Roman Catholic Diocese of Portland collectively as "St. Dominic").

**Preliminary Injunctive Relief and Next Steps**

In conjunction with this joint status report, the parties will file a joint motion for a preliminary injunction to effectuate the First Circuit's ruling that St. Dominic and the Bishop are "entitl[ed] to a preliminary injunction against the Religious Expression Rule" on remand. *Id.* at *36.

Beyond the agreed preliminary injunction against the Religious Expression Rule, below the parties set forth their respective positions "as to next steps." Dkt. 68.

**Plaintiffs' Position**: Plaintiffs respectfully request additional time to consider their options. Aside from entry of a preliminary injunction against the Religious Expression Rule, the case should be stayed to afford Plaintiffs adequate time to do so. A stay would promote the interests of fairness and efficiency. On request of the parties (Dkt. 41), all scheduling order deadlines have been stayed since February 2024 (Dkt. 42); and, at Defendants' (unopposed) request (Dkt. 57), all proceedings have been stayed since Plaintiffs' appeal (Dkt. 58). A modest stay should continue while Plaintiffs assess their options. Plaintiffs propose that the parties provide a joint status report to the Court in 30 days.

**Defendants' Position**: Defendants do not object to Plaintiffs' position.

Respectfully submitted,

*s/ James B. Haddow*
James B. Haddow
Maine Bar No. 003340
Petruccelli, Martin & Haddow LLP
Two Monument Square, Suite 900
Portland, ME 04112-8555
Telephone: (207) 775-0200 x 6413
Fax: (207) 775-2360

*/s/ Adèle Auxier Keim*
Adèle Auxier Keim*
Mark L. Rienzi*
Benjamin A. Fleshman*
Michael J. O'Brien*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave., NW
Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

* Admitted pro hac vice.

*Counsel for Plaintiffs*

*/s/* Sarah A. Forster

Sarah A. Forster
Maine Bar No. 008967
Six State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8800

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on July 13, 2026, I caused the foregoing to be served electronically via the Court's electronic filing system on all parties.

/s/ *Adèle Auxier Keim*
Adèle Auxier Keim